Submitted on record and briefs January 16, reversed and remanded with
instructions to dismiss indictment February 12, 1992

STATE OF OREGON,
*Respondent,*

*v.*

PATRICK KELLY CORBETT,
*Appellant.*

(90-1113; CA A68399)

823 P2d 1047

Theresa M. Kohlhoff, Wilsonville, filed the brief for appellant.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, Salem, filed the brief for respondent.

Before Buttler, Presiding Judge, and Joseph, Chief Judge, and Rossman, Judge.

PER CURIAM